# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 352 EAL 2014
:
                  Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v. :
:
:
:
ANTONIO RODRIGUEZ, :
:
              Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.